# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

C.M.,

Appellant,

v.

A.M. and W.M.,

Appellees.

No. 2D23-523

_____

April 3, 2024

Appeal from the Circuit Court for Hillsborough County; Caroline Tesche-Arkin, Judge.

Mark A. Neumaier, Tampa, for Appellant.

Raymond T. Elligett, Jr., of Buell & Elligett, P.A., Tampa; Jeanne T. Tate of Jeanne T. Tate, P.A., Tampa; and Michael L. Lundy of Older & Lundy, Tampa, for Appellees.


KHOUZAM, Judge.

Affirmed in all respects, except that the appeal as to the court's ruling on entitlement to sanctions is dismissed as premature. *See Kelly v. HSBC Bank USA Nat'l Ass'n,* 240 So. 3d 107, 108 (Fla. 3d DCA 2018) ("We dismiss the attempt to appeal the order granting in part HSBC's motion for sanctions, because the order only addressed entitlement and

not the amount of attorney's fees to be imposed against Kelly.  That attempt was premature, and the order on entitlement to sanctions was not an appealable order.").

Affirmed in part; dismissed in part.

NORTHCUTT and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.